IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARTIMUS A. COLLIER,

Defendant.                                          No. 09-30076-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Collier's motion to continue sentencing hearing (Doc. 22). Defendant requests that the sentencing hearing currently scheduled for January 22, 2010 be continued for sixty (60) days in order to determine whether any movement is made on House Bill 3245, known as the Fairness in Cocaine Sentencing Act, which Defendant submits, if passed, could have an impact on his sentencing guideline range. The Government does not object to the continuance. Accordingly, based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing (Doc. 22) and **CONTINUES** the sentencing hearing currently scheduled for January 22, 2010 until **March 26, 2010 at 11:00 a.m.**

**IT IS SO ORDERED.**

Signed this 5th day of January, 2010.

/s/   David R. Herndon
**Chief Judge**
**United States District Court**