IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARTIMUS COLLIER,

Defendant.                                         No. 09-30076-DRH

### ORDER

**HERNDON, Chief Judge:**

On April 9, 2010, the Court held a hearing regarding Defendant Collier's motion to withdraw attorney (Doc. 30). At that hearing, the Court granted Defendant's motion to withdraw attorney (Doc. 26) and withdrew attorney Renee Schooley as his attorney. The Court directed the appointment of a CJA counsel to represent Defendant Collier. The Court now **APPOINTS** attorney **Turner Rouse** as CJA counsel to represent Defendant Collier in this matter. Attorney Renee Schooley is hereby **WITHDRAWN** as attorney for Defendant Collier.

**IT IS SO ORDERED.**

Signed this 12th day of April, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**