## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARTIMUS COLLIER,**

**Defendant.**                                                    **No. 09-30076-DRH**

## ORDER

**HERNDON, Chief Judge:**

On May 27, 2010, the Court held a hearing regarding Defendant Collier's motion to withdraw attorney filed by his attorney Turner Rouse at the request of Collier (Doc. 33). At that hearing, the Court granted Defendant's motion to withdraw attorney and withdrew attorney Turner Rouse. The Court directed the appointment of another attorney to represent Defendant Collier. The Court now **APPOINTS** attorney James Stern as CJA counsel to represent Defendant Collier in this matter. Attorney Turner Rouse is hereby **WITHDRAWN** as attorney for Defendant Collier.

**IT IS SO ORDERED.**

Signed this 27th day of May, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**