IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARTIMUS COLLIER,**

**Defendant.**                                                             No. 09-30076-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Artimus Collier's motion to continue (Doc. 40). Specifically, Defendant Collier requests that his sentencing hearing currently scheduled for July 23, 2010 be continued for thirty (30) days as his attorney is trying to retrieve some requested records and needs additional time to obtain and review the documents with Defendant Collier. The Government has no objections to the motion. Therefore, based on the reasons set forth in the motion, the Court **GRANTS** Defendant Collier's motion to continue (Doc. 40). The sentencing hearing currently scheduled for July 23, 2010 is **CONTINUED** to **August 20, 2010 at 2:30 p.m.**

**IT IS SO ORDERED.**

Signed this 15th day of July, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**