IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARTIMUS COLLIER,**

**Defendant.**                             **No. 09-30076-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Artimus Collier's motion to continue (Doc. 42) sentencing. Specifically, Defendant Collier requests that his sentencing hearing currently set for August 20, 2010 be continued as his counsel needs additional time to review records with the Defendant but is currently in trial the week of sentencing and will be unable to review the records before the hearing. The Government has no objection to the motion. Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant Collier's motion to continue sentencing (Doc. 42). The sentencing hearing currently set for August 20, 2010 is **CONTINUED** until **September 9, 2010 at 9:30 a.m.**

      **IT IS SO ORDERED.**

Signed this 12th day of August, 2010.

                                                     /s/   David R. Herndon
                                                     **Chief Judge**
                                                     **United States District Court**