IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARTIMUS COLLIER,

Defendant.                                                           No. 09-30076-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion to Continue (Doc. 44) sentencing hearing filed by Defendant Artimus Collier.  Specifically, Defendant Collier requests that the sentencing hearing currently scheduled for September 9, 2010 be continued as his attorney needs additional time to obtain and review records for the hearing.  The Government has no objection to the motion. Based on the reasons in the motion, the Court **GRANTS** Collier's motion to continue (Doc. 44).  The sentencing hearing currently scheduled for September 9, 2010 is **CONTINUED** until **September 23, 2010 at 10:00 a.m.**

IT IS SO ORDERED.

Signed this 2nd day of September, 2010.

/s/     David R Herndon

**Chief Judge
United States District Court**