IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CR-30076-DWD |
| | ) | |
| ARTIMUS A. COLLIER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

This matter comes before the Court on Defendant Artimus A. Collier's Motion for Early Termination of Supervised Release (Doc. 77). In November 2010, Collier was sentenced to 235 months' imprisonment to be followed by 5 years of supervised release on two counts of cocaine-related offenses in violation of 21 U.S.C. § 841(a)(1) (Docs. 57, 60). Collier was further assessed a fine of $1,000.00 and a special assessment of $200.00 (*Id.*). Collier began his term of supervised release on January 21, 2022 (Doc. 80); *see also*, https://www.bop.gov/inmateloc (last visited July 15, 2024).

After having served approximately thirty (30) months of his supervised release, Collier now asks the Court to reduce that term to time served under the authority of 18 U.S.C. § 3583(e)(1). In support of his request, Collier claims that since his release from prison, he has maintained steady employment, adhered to the law, and complied with all the requirements of his supervised release (Doc. 77). Collier states that he possesses a support network and is ready to reintegrate into society, having been impacted by

his experiences in probation which have provided him with the tools necessary to make positive changes (*Id.*).

The Government and the United States Probation Office do not oppose the request for early termination of supervised release (Doc. 80). The Probation Office states that Collier has been employed since his release from prison without any instances of non-compliance and is in good standing with the Probation Office (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Collier's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release (Doc. 77) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 16, 2024                                         /s *David W. Dugan*
                                                             _____
                                                             DAVID W. DUGAN
                                                             United States District Judge